THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS WILLIAMS, Appellant, v JOSEPH E. McCOY, as Superintendent of Cayuga Correctional Facility, Respondent. [718 NYS2d 915] —Judgment unanimously affirmed without costs (*see, Matter of Bennett v Kelly,* 251 AD2d 776, *lv denied* 92 NY2d 811). (Appeal from Judgment of Supreme Court, Cayuga County, Corning, J.—Habeas Corpus.) Present—Pine, J. P., Wisner, Hurlbutt and Kehoe, JJ.